**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leverne SILVER, Defendant–Appellant.**

No. 07–7299.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 25, 2008.

Leverne Silver, Appellant Pro Se. Eric David Goulian, Office of The United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leverne Silver appeals the district court's order denying his motion to compel the United States to move for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v.*

*Silver*, No. 5:04–cr–00062–BR (E.D.N.C. July 13, 3007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*